Kelvin J. MILES, Petitioner–Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY; Maryland Parole Commission, Respondents–Appellees.

No. 02–6437.

United States Court of Appeals, Fourth Circuit.

Submitted May 9, 2002.

Decided June 21, 2002.

Kelvin J. Miles, Appellant Pro Se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kelvin Miles appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Miles v. Dep't of Pub. Safety*, No. CA–02–626–S (D.Md. Mar. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*